1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CARLOTTA SMITH,                    No. CIV.S-03-0672 FCD DAD PS

12          Plaintiff,

13      v.                             ORDER
    GILL MOORE, NEW WEST
14  PETROLEUM,

15          Defendants.
    _____/

16

17          This matter came before the court for a further Status

    (Pretrial Scheduling) Conference on May 6, 2005, at 11:00 a.m.
18
    Plaintiff appeared pro se.  Spencer T. Malysiak appeared as
19
    counsel for defendant New West Stations, Inc., the only
20
    defendant remaining in this action.  Having considered the
21
    status of this matter, and after hearing from the parties, IT IS
22
    HEREBY ORDERED that:
23
    /////
24
    /////
25
    /////
26

                                1

1           1.  The Status (Pretrial Scheduling) Order filed on

2   September 18, 2003, is modified as follows:

3           (a)  Plaintiff is to designate in writing
and file with the court and serve upon all

4   other parties the names of all experts that
she proposes to tender at trial not later

5   than **November 4, 2005;**

6           (b)  Defendant is to designate in writing
and file with the court and serve upon all

7   other parties the names of all experts that
it proposes to tender at trial not later

8   than **November 18, 2005;**

9           (c)  All discovery is left open, save and
except that it shall be so conducted as to

10  be <u>completed</u> by **January 6, 2006;**

11          (d)  All law and motion except as to
discovery is left open, save and except that

12  it shall be conducted so as to be <u>completed</u>
by **March 17, 2006;**

13

14          (e)  The Final Pretrial Conference is **RE-SET**
for **June 9, 2006, at 1:30 p.m.,** before the
Honorable Frank C. Damrell, Jr.; and

15

16          (f)  Trial is **RE-SET** for **August 29, 2006, at
9:00 a.m.** before the Honorable Frank C.
Damrell, Jr.

17

18          2.  The Status (Pretrial Scheduling) Order filed on

19  September 18, 2003 remains in effect in all other respects.

20          3.  Defendant New West Stations, Inc. having agreed to

21  waive service of process, defendant shall have thirty (30) days

22  /////

23  /////

24  /////

25  /////

26  /////

1   from the date of the status conference to file and serve a

2   response to plaintiff's amended complaint.

3           IT IS SO ORDERED.

4   DATED: May 13, 2005.

5

6   _____
    DALE A. DROZD

7   UNITED STATES MAGISTRATE JUDGE

    DAD:th
8   Ddad1/orders.prose/smith0672.schedord.amend

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26