**Spencer T. Malysiak**
State Bar No. 084654
**Erik P. Larson**
State Bar No. 210098
**SPENCER T. MALYSIAK LAW CORPORATION**
1180 Iron Point Road, Suite 145B
Folsom, CA  95630
Telephone  (916) 985-4400
Facsimile   (916) 985-0100

Attorney for Defendant
NEW WEST STATIONS, INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOTTA SMITH,<br><br>            Plaintiff,<br>     vs.<br><br>NEW WEST STATIONS, INC.,<br><br>            Defendant. | Case No.: CIV.S-03-0672 FCD DAD - PS<br><br>**ORDER GRANTING DEFENDANT NEW WEST STATIONS, INC.'S REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

   The Court hereby orders that the request of Defendant NEW WEST STATIONS, INC., to substitute ERIC GRAVES, of the law firm STONE & GRAVES, 2377 Gold Meadow Way, Suite 100, Rancho Cordova, California 95670, (916) 631-1522, as attorney of record in place of SPENCER T. MALYSIAK, of the SPENCER T. MALYSIAK LAW CORPORATION, 1180 Iron Point Road, Suite 145B, Folsom, California, (916) 985-4400, is hereby granted.

Dated:  October 27, 2005

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1

Order Granting Defendant New West Stations, Inc.'s            Case No: CIV.S-03-0672 FCD DAD–PS
Request for Approval of Substitution of Attorney

1
2
3
4
5
6  DDad1/orders.prose/smith0672.subatty
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2

Order Granting Defendant New West Stations, Inc.'s         Case No: CIV.S-03-0672 FCD DAD–PS
Request for Approval of Substitution of Attorney