IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOTTA SMITH,                          No.  CIV.S-03-0672 FCD DAD PS

      Plaintiff,

  v.                                     <u>ORDER</u>

GILL MOORE, NEW WEST PETROLEUM,

      Defendants.
_____/

      This matter came before the court on December 16, 2005, for hearing on defendant New West Stations, Inc.'s motion to compel the deposition of plaintiff.  Jeff Stone appeared on behalf of defendant. Plaintiff Carlotta Smith, proceeding pro se, appeared on her own behalf.  Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

      1.  Defendant's motion to compel is granted; and

/////

2. Plaintiff is directed to appear and testify at her deposition as scheduled in the amended notice of deposition served upon plaintiff.  Specially, plaintiff's deposition shall occur on **December 20, 2005**, at **11:00 a.m.** at Esquire Deposition Services, 1180 West Peachtree Street, Suite 650, Atlanta, Georgia 30309.

DATED: December 19, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.prose\smith0672.oah

2