IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOTTA SMITH,

      Plaintiff,                    No. CIV S-03-0672 FCD DAD PS

     vs.

GILL MOORE, NEW WEST PETROLEUM,

      Defendants.              ORDER

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 8, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed December 8, 2005, are adopted in full; and

1

1    2. Defendant's motion to dismiss for failure to exhaust administrative remedies is
2  denied.
3  DATED:January 6, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge